IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-00690-AP

EDNA AIELLO,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>WILLIAM PHARO,<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>william.pharo@usdoj.gov<br><br>Michael S. Howard,<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 Seventeenth St.<br>Denver, CO 80202 |

303-844-7192
michael.howard@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.  Date Complaint was filed:     March 19, 2012

    B.  **Date Complaint was served on U.S. Attorney's office:**  March 28, 2012.

    C.  **Date Answer and Administrative Record were filed:**  May 21, 2012.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8. BRIEFING SCHEDULE

    A. **Plaintiff's Opening Brief Due**:     July 11, 2012
    B. **Defendant's Response Brief Due**:     August 13, 2012
    C. **Plaintiff's Reply Brief (If Any) Due**: August 27, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

 A. **Plaintiff's statement**:

  Plaintiff does not request oral argument.

 B. **Defendant's statement**

  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

 **A. (  )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

 **B. ( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

 DATED this 12th day of June, 2012.

             BY THE COURT

             <u>s/John L. Kane</u>
             U.S. DISTRICT COURT JUDGE

APPROVED:                                             UNITED STATES ATTORNEY

s/ *Ann J. Atkinson*                                  *s/Michael S. Howard*
Ann J. Atkinson, Attorney at Law                      By: Michael S. Howard, Esq.
7960 South Ireland Way                                Special Assistant U.S. Attorney
Aurora, CO 80016-1904                                 1001 Seventeenth St.
Tele: 303-680-1881                                    Denver, CO 80202
Fax:  303-680-7891
atkinsonaj@aol.com                                    303-844-7192
                                                      Michael.howard@ssa.gov