IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  12-cv-00690-AP

EDNA AIELLO,

        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

<u>For Plaintiff:</u>

ANN J. ATKINSON
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
AtkinsonAJ@aol.com

<u>For Defendant:</u>

JOHN F. WALSH,
United States Attorney
District of Colorado

WILLIAM PHARO,
Assistant United States
Attorney
United States Attorney's Office
District of Colorado
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-844-7278
Fax: 303-844-0770
william.pharo@usdoj.gov

Michael S. Howard,
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 Seventeenth St.
Denver, CO 80202

303-844-7192
michael.howard@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42
U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

  **A.  Date Complaint was filed:**     March 19, 2012

  **B.  Date Complaint was served on U.S. Attorney's office:**  March 28, 2012.

  **C.  Date Answer and Administrative Record were filed:**  May 21, 2012.

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

  The Administrative Record appears to be complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

  The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

  There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

  There are no other matters to bring to the Court's attention.

## 8.  BRIEFING SCHEDULE

  A. **Plaintiff's Opening Brief Due**:        July 11, 2012
  B. **Defendant's Response Brief Due**:      August 13, 2012
  C. **Plaintiff's Reply Brief (If Any) Due**: August 27, 2012

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

**A.**     **Plaintiff's statement**:

Plaintiff does not request oral argument.

**B.**     **Defendant's statement**

Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A.     (  )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

**B.     ( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A  COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

DATED this 12th day of June, 2012.

BY THE COURT

_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:                                        UNITED STATES ATTORNEY

s/ *Ann J. Atkinson*                             s/*Michael S. Howard*
Ann J. Atkinson, Attorney at Law                 By: Michael S. Howard, Esq.
7960 South Ireland Way                           Special Assistant U.S. Attorney
Aurora, CO 80016-1904                            1001 Seventeenth St.
Tele: 303-680-1881                               Denver, CO 80202
Fax:  303-680-7891
atkinsonaj@aol.com                               303-844-7192
                                                 Michael.howard@ssa.gov