IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00690-AP

EDNA M. AIELLO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

Defendant's Unopposed Motion to Remand for Further Proceedings (doc. #16), filed August 9, 2012 is **GRANTED**. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Court directs the clerk to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated August 9, 2012 at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 *s/John L. Kane*
                                                 United States District Judge