UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 12-cv-00690-AP

EDNA M. AIELLO,

                              Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security

                              Defendant.

**ORDER FOR ATTORNEYS FEES UNDER 42 U.S.C. §406(b) PURSUANT TO Fed.R.Civ.P. 60(b)(6)**

This matter is before the Court on the Unopposed Motion for Attorney's Fees under 42 U.S.C. §406(b) and pursuant to Fed.R.Civ.P. 60(b)(6) [doc. #21], filed June 5, 2013. Having reviewed the motion, its attachments, and the file, the Court hereby orders:

1. The Unopposed Motion for Attorney's Fees under 42 U.S.C. §406(b) is **GRANTED.**

2. Plaintiff's counsel, Ann J. Atkinson, is awarded fees in the amount of $19,635.50. Defendant is ordered to disburse that amount directly to Ms. Atkinson from the funds it has withheld from Plaintiff's retroactive benefits under Title II of the Social Security Act.

3. Upon receipt of the fee awarded above, Ms. Atkinson will refund to Ms. Aiello the amount paid under the Equal Access to Justice Act in this case pursuant to the Court's Order on February 6, 2012 [Document #20], after the U.S. Treasury offset i.e., $3,491.62.

DATED:  June 6, 2013

                                          BY THE COURT:


                                          ***s/John L. Kane***
                                          JOHN L. KANE
                                          United States District Judge